NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARNER CHILCOTT LABORATORIES IRELAND LIMITED, WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC, AND MAYNE PHARMA INTERNATIONAL PTY. LTD.,**
*Plaintiffs-Appellees,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellants.*

---

2011-1611

---

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-2073, Judge William J. Martini.

---

## ON MOTION

---

PER CURIAM.

## ORDER

Mylan Pharmaceuticals Inc. and Mylan Inc. (Mylan) move for a stay, pending appeal, of the preliminary in-

junction issued by the United States District Court for the District of New Jersey. Warner Chilcott Laboratories Ireland Limited et al. oppose. Mylan replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**OCT 2 5 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Dominick A. Conde, Esq.
    Larry L. Shatzer, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 5 2011**

**JAN HORBALY**
**CLERK**